**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY EVANS                                                                PLAINTIFF


V.                                    5:07CV00134 JMM/HDY


GERALD ROBINSON, Sheriff, Jefferson
County, Arkansas; and MIKE HURST, Jail Administrator,
W.C. "Dub" Brassell Detention Center                                DEFENDANTS


## ORDER

Plaintiff  initiated this § 1983 action by filing a Complaint alleging various constitutional

claims.  In an Order dated June 12, 2007 (docket entry #3), the Court granted Plaintiff's *In Forma*

*Pauperis* application and directed him to file an Amended Complaint containing certain specifically

requested information.

Local Rule 5.5(c)(2) provides that if any communication from the Court to a *pro se* litigant

is not responded to within thirty days, the case may be dismissed without prejudice.  More than thirty

days have passed since the entry date of that Order, and Plaintiff has not responded to the Court's

Order.

Under these circumstances, the Court concludes that this case should be dismissed without

prejudice for failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168

(8th Cir. 1995) ("District courts have inherent power to dismiss *sua sponte* a case for failure to

prosecute, and we review the exercise of this power for abuse of discretion.")

IT IS THEREFORE ORDERED that Plaintiff claims be and they are hereby DISMISSED

1

WITHOUT PREJUDICE.

DATED this 17th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE