IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY EVANS                                                                                             PLAINTIFF

V.                                          5:07CV00134 JMM/HDY

GERALD ROBINSON, Sheriff, Jefferson
County, Arkansas; and MIKE HURST, Jail Administrator,
W.C. "Dub" Brassell Detention Center                                        DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 17th day of July, 2007.


_____
UNITED STATES DISTRICT JUDGE